UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASHLEY A. CLEMENT,<br><br>                      Plaintiff,<br>   v.<br><br>ACCOUNTS RECEIVABLE, INC., et al.,<br><br>                    Defendants. | No. 2:21-CV-1023-BJR<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT RACHEL F. NITEN |

This matter comes before the Court on Plaintiff's Motion to Dismiss Defendant Rachel F. Niten. Dkt. No. 10. The record indicates that Defendant Niten has not filed either an answer or a motion for summary judgment, and therefore Plaintiff may voluntarily dismiss claims against Defendant Niten pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Pedrina v. Chun*, 987 F.2d 608, 609-10 (9th Cir. 1993).

Therefore, the Court GRANTS Plaintiff's motion and ORDERS that Plaintiff's claims against Defendant Rachel F. Niten are DISMISSED without prejudice and without an award of costs or fees to either party. Defendant Niten is dismissed as a party to this action.

Dated: August 16, 2021

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 1